UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL POLANCO, Plaintiff,<br><br>-against-<br><br>D.H.S., DEPARTMENT OF HOMELESS SERVICE,<br><br>Defendant. | 25-cv-10352 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 9, 2026, order, this action is dismissed.

SO ORDERED.

Dated:　April 14, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　/s/ Louis L. Stanton
　　　　　　　　　　　　　　　　　　　　Louis L. Stanton
　　　　　　　　　　　　　　　　　　United States District Judge